UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:00-MJ-00518-MA-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL |
| ) | |
| WESLEY SHANE THORNE ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the complaint and warrant filed on November 28, 2000, charging the above defendant with violating the provisions of 18 U.S.C. § 1073, unlawful flight to avoid State prosecution. The defendant was arrested in 2002, and therefore, the pending warrant and complaint should be dismissed.

This, the 23rd day of July, 2014.

THOMAS G. WALKER
United States Attorney

By: /s/ Thomas B. Murphy
    THOMAS B. MURPHY
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Ph: 919-856-4530; Fax: 919-856-4487
Email: thomas.murphy2@usdoj.gov
NC Bar No. 12498

Leave of Court is granted for the filing of the foregoing dismissal.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

Date: 7/24/14